

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-11-00321-CV

IN THE INTEREST OF D.R. AND
L.A.R., CHILDREN

------------

FROM THE 323RD DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

On October 12, 2011, and October 27, 2011, we notified appellant J.R., in accordance with rule of appellate procedure 42.3(c), that we would dismiss his appeal unless the $175 filing fee was paid. *See* Tex. R. App. P. 42.3(c). Appellant J.R. has not paid the $175 filing fee. *See* Tex. R. App. P. 5, 12.1(b).

Because appellant J.R. has failed to comply with a requirement of the rules of appellate procedure and the Texas Supreme Court's order of August 28,

---

[1]*See* Tex. R. App. P. 47.4.

2007,[2] we dismiss the appeal of J.R.  *See* Tex. R. App. P. 42.3(c), 43.2(f).  The appeal of appellant V.E. remains pending.

Appellant J.R. shall pay all costs of his appeal, for which let execution issue.  *See* Tex. R. App. P. 43.4.

PER CURIAM

PANEL:  MCCOY, MEIER, and GABRIEL, JJ.

DELIVERED:  November 23, 2011

---

[2]*See* Supreme Court of Tex., *Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation*, Misc. Docket No. 07-9138 (Aug. 28, 2007) (listing fees in courts of appeals).